NUMBER 13-04-170-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
JESUS VEGA,                                                                  Appellant,

v.

GLORIA SEPULVEDA,                                                         Appellee.
____________________________________________________________________

On appeal from the 206th District Court of Hidalgo County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Opinion Per Curiam

         Appellant, JESUS VEGA, attempted to perfect an appeal from an order entered
by the 206th District Court of Hidalgo County, Texas, in cause no. C-1732-03-D. The
clerk’s record was received on April 7, 2004. 
         Upon review of the clerk’s record, it appeared that the order from which this
appeal was taken was not a final appealable order. Pursuant to Tex. R. App. P. 42.3,
notice of this defect was given so that steps could be taken to correct the defect, if
it could be done. Appellant was advised that, if the defect was not corrected within
ten days from the date of receipt of this notice, the appeal would be dismissed. 
Appellant failed to file a response as requested by this Court’s notice. 
         The Court, having considered the documents on file and appellant’s failure to
respond to this Court’s notice, is of the opinion that the appeal should be dismissed
for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.
                                                               PER CURIAM

Opinion delivered and filed this
the 20th day of May, 2004.